IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20134
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERMAN MORALES-MALDONADO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-242-1
- - - - - - - - - -
November 18, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

German Morales-Maldonado appeals his guilty plea conviction for transporting illegal aliens in the United States in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). Morales-Maldonado argues that the criminal information was defective. As conceded by the Government, the information failed to allege an essential element of the offense. See United States v. Morales-Rosales, 838 F.2d 1359, 1361 (5th Cir. 1988). Therefore, Morales-Maldonado's conviction is reversed, and the case is remanded to the district court for dismissal of the information.

REVERSED AND REMANDED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.